(18 Misc. Rep. 61.)

### GOLDSTEIN v. GREENBERG et al.

(Supreme Court, Appellate Term, First Department. September 28, 1896.)

APPEAL—MODIFICATION OF JUDGMENT—INCREASING AMOUNT.

Where a judgment for plaintiff in an action for wages earned by a female employed other than as a domestic servant fails to award the five dollars additional costs, as provided by Laws 1882, c. 410 (Consolidation Act) §§ 1420, 1424, it may, on appeal, be modified by adding such additional costs.

Appeal from Fourth district court.

Action by Rebecca Goldstein against Charles Greenberg and an·
other for wages other than as a domestic servant.    Judgment was
rendered in favor of plaintiff, but the justice omitted to insert the
five dollars additional costs, and plaintiff appeals.    Modified.

Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

Isaac A. Hourwich, for appellant.
Abraham D. Levy, for respondents.

DALY, P. J.    As the action was for wages earned by a female
employed other than as a domestic servant, and the amount of
damages recovered was less than $10, plaintiff is entitled to $5
additional costs, and the justice should have inserted that amount
in the judgment.    Laws 1882, c. 410 (Consolidation Act) §§ 1420,
1424.    As the respondent does not dispute this, and there is no ques-
tion upon which a new trial need be ordered, we shall direct that
the judgment be modified by adding the $5 additional costs.
Where there is a mere error in a matter of figures, and a new trial
will not change the result, a judgment may be modified even by in-
creasing the amount of the recovery.    Golde v. Whipple, 7 App.
Div. 48, 39 N. Y. Supp. 964.

The judgment modified accordingly, without costs to either party.
All concur.